EXHIBIT C

LIFE INSURANCE COMPANY OF NORTH AMERICA
1600 ARCH STREET, PHILADELPHIA, PA  19101
A STOCK INSURANCE COMPANY

GROUP INSURANCE POLICY

(Non-Participating)

Policy Number:   GL-13653                State Of Delivery:  CA

Effective Date:  November 1, 1988        Anniversary Date:  November 1

Premium Due Dates:  Monthly in advance on the first day of each month.

In return for the payment of premiums, we, the Life Insurance Company of North America, agree with you,

CHARLES SCHWAB & CO., INC.

(the Policyholder)
to provide the benefits described in this policy to all eligible persons who are enrolled according to the terms of the policy.

This policy shall begin on the effective date shown above, at 12:01 a.m. standard time at your address. The policy will stay in force as long as the premium is paid, until it is terminated by you or us (see page 8).

This policy shall be governed by the laws of the state in which it is delivered. As used in this policy, "he" and "his" includes "she" and "her".

IN WITNESS WHEREOF, we have signed this policy at Philadelphia, Pennsylvania.

GORDON L. MURPHY, President

Registrar

## TABLE OF CONTENTS

Eligible Classes..............................................2
Enrollment; Termination.......................................3
Conversion Privilege..........................................4
Premiums; Grace Period........................................5
Schedule Of Benefits..........................................6
Description Of Coverages;Exclusions......................Insert
Payment Of Claims.............................................7
General Provisions............................................8

LM-8L59           Group Insurance Policy - Non-Participating

EX. C - 1

## GROUP INSURANCE POLICY

### INDIVIDUAL INSURANCE

**Eligible Persons** – The classes of persons listed below may be covered by this policy:

All active, full-time regular employees of the Policyholder classified as follows:

    Class 1......................................Vice Presidents and above
    Class 2......................................Branch Managers
    Class 3......................................All Others

An employee who works the number of hours in the normal work week established by the Policyholder, but not less than 20 hours per week shall be considered a full-time employee of the Policyholder.

**Eligibility Dates** – An employee may enroll for coverage as follows:

Immediately if he is in an eligible class on the effective date on the policy, otherwise as follows:

Effective November 1, 1988 thru December 31, 1988:

    First of the month coinciding or next following date of hire.

Effective January 1, 1989:

    First of the month coinciding or next following ninety (90) days.


If an employee has in force a policy of life insurance converted from group insurance provided by this policy, he will not become eligible until either:
    a)   he has provided, at no expense to us, medical evidence that he is insurable; or
    b)   he surrenders the converted policy to us.

EX. C - 2

GROUP INSURANCE POLICY

INDIVIDUAL INSURANCE (Cont'd.)

**Definitions** - As used in this policy:
"Employee" means only an employee in one of the eligible classes (other than dependents) set forth above.
"Covered employee" means an employee who is covered by this policy, under the terms set forth on page 3.

**Changes In Eligible Classes** - Eligible classes may be added or removed if you request it in writing. Any such change will take effect on the next premium due date on or after the date we accept your request. The change may take effect later if you so specify.

**Enrollment** - An employee will be covered automatically as soon as he becomes eligible. He does not need to enroll. This is subject to the terms set forth below.

**Contributions** - Contributions from covered employees are not required.

**Effective Date** - Insurance will take effect on the policy effective date, for all employees who are then eligible. All employees who later become eligible will be covered on the date they become eligible.

We will not require an employee to show us that he is insurable.

If an employee is absent from work, because of injury or sickness, on the date his coverage would begin, his coverage will not begin until he has returned full time to the duties of his work.

**Termination** - An employee's coverage will end when any of these things happen:
   a)  On the date the group policy is terminated.
   b)  On the date that he is no longer in an eligible class.
   c)  On the date he is no longer actively employed.
      This does not apply if he is
      1)  disabled;
      2)  on a leave of absence not to exceed __one__ month(s); or
      3)  on a temporary lay-off from employment, not to exceed __one__ month(s); or
      4)  in a class of eligible retired employees, provided this policy includes such a class.
   d)  At the end of the period for which a contribution has been made, if he fails to make a contribution required by this policy.
   e)  On the next premium due date on or after the date he reaches the maximum age shown in the Schedule of Benefits on page 6.
   f)  If this policy is issued to an employer association, or a multiple employer trust fund, on the next premium due date when his employer no longer participates in the insurance plan.

**Continuation of Insurance During Retirement Option** - If the Policyholder has elected this option, a retired employee's coverage will continue even though he is no longer actively employed. This coverage will be subject to all other terms of the policy.

EX. C - 3

# GROUP INSURANCE POLICY

## CONVERSION PRIVILEGE

If an employee's life insurance ends, for any reason except not paying premiums, then he may have us issue him a policy of individual life insurance.

He may choose any type of life insurance that we issue to persons of his age in the amount applied for, except:
- a) He may not choose term insurance.
- b) He may not apply for an amount greater than his coverage under this policy.
- c) The policy will not contain disability or other extra benefits.
- d) If the group policy is terminated, he may not convert unless he has been covered for at least 3 years. In this case, he may not apply for more than $10,000 of insurance.

To get such a policy, he must:
- a) apply within 31 days after his coverage under this policy ends; and
- b) pay the required premium, based on our table of rates for such policies, his age and class of risk.

He need not show us that he is insurable.

The policy will take effect at the end of this 31 day conversion period. If he dies during this 31 day period, then we will pay, as a claim on this policy, the amount of life insurance that he could convert. It does not matter whether he applied for a converted policy. If such a policy is issued, it will be in exchange for any further benefits from this policy.

EX. C - 4

## GROUP INSURANCE POLICY

### PREMIUMS

The premiums for this policy shall be figured using the rates set forth below.

Life - $.12 per month per $1,000.00 of coverage.

**Premium Payments** - Unless we provide otherwise, coverage which goes into effect will be charged for from the first day of the policy month on or after the date that the coverage goes into effect. If any coverage ends, premium charges for it will end on the last day of the month in which coverage ends. Policy months shall be figured from the Policy Anniversary Date shown on page 1.

If premiums are paid yearly, every 6 months, or every 3 months, then the payments required above will be pro rated for the premium period.

**Rate Changes** - We may change the premium rates as follows:
   a)   When a class of persons is made eligible or not eligible.
   b)   When there is a change in the factors bearing on the risk we have assumed.
   c)   When it is required by the experience of the risk, or by a change in our table of rates for a risk. In this case, a rate change will go into effect on the next premium due date. We may do this only after this policy has been in force for 12 months, and at least 12 months after the last rate change.

We may only change premium rates if we give you at least 31 days' written notice.

This policy will not be entitled to share in our surplus earnings.

**Grace Period** - There is a 31 day grace period after each premium due date after the first. Coverage will stay in force during this period if the premium is late. Coverage will end if the premium is not paid by the end of the grace period. If this happens, you will still owe us the premium for the grace period.

This provision will not apply if a person's coverage would end for some reason other than not paying premiums.

EX. C - 5

GROUP INSURANCE POLICY

## SCHEDULE OF BENEFITS

LIFE INSURANCE

Class 1

Amount of Life Insurance*:    An amount equal to two times the employee's Basic Annual Salary** plus salary times target bonus percentage rounded to the next highest $1,000., if not already a multiple thereof, but not more than $1,000,000.

Class 2

Amount of Life Insurance*:    An amount equal to two times the employee's Basic Annual Salary** rounded to the next highest $1,000., if not already a multiple thereof, but not more than $1,000,000.

Class 3

Amount of Life Insurance*:    An amount equal to one times the employee's Basic Annual Salary** rounded to the next highest $1,000., if not already a multiple thereof, but not more than $1,000,000.

**Maximum Age** - An employee's coverage will end on the next premium due date on or after his XXX birthday.

## TABLES OF COVERAGES

We agree to pay the benefits described in the forms listed below. These forms are part of this policy and follow this page.

| Form No. | Description | Applies to Class(es) |
|---|---|---|
| LM-8L71 | Life Insurance Benefit | All |
| LM-8L73 | Waiver of Premium Benefit | All |

EX. C - 6

LM-8L66    Schedule of Benefits    Page 6

GROUP INSURANCE POLICY

## SCHEDULE OF BENEFITS (Cont'd)

\*The amount of Life Insurance indicated above applies to each covered employee under age 65 on the date he becomes insured. An employee's Life Insurance shall be reduced on the policy anniversary coinciding with or next following his 65th birthday, to 65% of the amount for which he was insured on the day before his 65th birthday. The amount shall be further reduced to 50% of the amount indicated above on the policy anniversary coinciding with or next following his 70th birthday, after which no further reduction shall be made.

If an employee is age 65 or over but less than age 70 on the date he becomes insured, the amount of Life Insurance applicable to him shall be 65% of the amount of Life Insurance indicated above for his class. On the policy anniversary coinciding with or next following such employee's 70th birthday, the amount of Life Insurance shall be reduced to 50% of the amount indicated above for his class, after which no further reduction shall be made.

If an employee is age 70 or over when becoming insured, the amount of insurance applicable to him shall be 50% of the amount of insurance indicated above for his class.

\*\*"Basic Annual Salary" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, exclusive of bonus and overtime pay.

\*\*An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

No increase or decrease in the amount of insurance (other than a decrease on account of attainment of a specified age) shall be made in connection with a change in the employee's classification on or after his attainment of age 65.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change. However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

EX. C - 7

GROUP INSURANCE POLICY

SCHEDULE OF BENEFITS (Cont'd)

Class 4

Amount of Life Insurance*:   An amount equal to three times the employee's Basic Annual Salary** rounded to the next highest $1,000., if not already a multiple thereof, but not more than $300,000.

*The amount of Life Insurance indicated above applies to each covered employee under age 65 on the date he becomes insured. An employee's Life Insurance shall be reduced on the policy anniversary coinciding with or next following his 65th birthday, to 65% of the amount for which he was insured on the day before his 65th birthday. The amount shall be further reduced to 50% of the amount indicated above on the policy anniversary coinciding with or next following his 70th birthday, after which no further reduction shall be made.

If an employee is age 65 or over but less than age 70 on the date he becomes insured, the amount of Life Insurance applicable to him shall be 65% of the amount of Life Insurance indicated above for his class. On the policy anniversary coinciding with or next following such employee's 70th birthday, the amount of Life Insurance shall be reduced to 50% of the amount indicated above for his class, after which no further reduction shall be made.

If an employee is age 70 or over when becoming insured, the amount of insurance applicable to him shall be 50% of the amount of insurance indicated above for his class.

**"Basic Annual Salary" means an employee's earnings for normal work weeks established by the Policyholder for his job classification, exclusive of bonus and overtime pay.

**An increase or decrease in an employee's amount of insurance, due to a change in his earnings, will be effective on the date of the change.

No increase or decrease in the amount of insurance (other than a decrease on account of attainment of a specified age) shall be made in connection with a change in the employee's classification on or after his attainment of age 65.

Changes in amounts of insurance due to a change in an employee's classification shall be effective on the date of the classification change. However, if the employee is not actively at work on the date the amounts of insurance would otherwise increase, the effective date of any increase will be deferred until the day he returns to work.

GROUP INSURANCE POLICY

## PAYMENT OF CLAIMS

**Beneficiary** – Benefits paid on account of the death of a covered employee will be paid to the beneficiary he has chosen. This choice must be in writing and filed with you or at our home office. The employee may change the beneficiary by sending us written notice. He does not need the beneficiary's consent.

No selection or change of beneficiary will take effect unless it has been duly filed; but if it is so filed it will take effect on the date he signed it, even if he dies before it is filed. Any payment we make before it is filed fulfills our duty to pay that amount.

If a beneficiary dies before the employee, his interest will end; his share will be paid in equal shares to the other beneficiaries, if there are any. This does not apply if other arrangements have been made.

If the employee has not chosen a beneficiary, or if there is no beneficiary alive when he dies, we will pay benefits:
1) to his spouse, if living.
2) If not, in equal shares to his living children.
3) If there are none, in equal shares to his living parents.
4) If there are none, in equal shares to his living brothers and sisters.
5) If there are none, to his estate.

If a beneficiary is a minor, or can not give a valid release, we will pay:
1) his duly appointed guardian or committee, if payment is requested.
2) If not, we may pay a person or institution who we think has assumed the custody and chief support of the beneficiary. In that case, we will pay $100.00 at first and $50.00 per month after that. Payment to any such person fulfills our duty to pay that amount; we are not responsible for how the money is used.

**Optional Modes Of Settlement** – Instead of a lump sum payment, the employee (while living) or the beneficiary (after the employee's death) may choose installment payments from one of the settlement options we are then offering. The employee may at any time before his death revoke or change his choice. Any such choice must be in writing.

EX. C - 9

GROUP INSURANCE POLICY

## GENERAL PROVISIONS

**Entire Contract;Changes** – This policy, your application, and the requests of employees for coverage is the entire contract. No change in this policy is valid unless it has been approved by one of our executive officers. This approval must be attached to or endorsed on this policy. No agent may change this policy or waive any provision. This policy may be changed at any time by written agreement between you and us; no other person's consent is needed.

Except in case of fraud, all statements contained in the applications are representations and not warranties. No such statement may be used to deny a claim unless it is contained in a signed application.

**Termination Of The Policy** – Either you or we may terminate this policy on any premium due date. At least 31 days' written notice to the other is required. This policy will also be terminated if premiums are not paid within the grace period of 31 days after they are due. Termination will not affect a claim for a loss which occurs while the policy is in force.

**Incontestable** – We may not contest this policy after it has been in force for 2 years, except for non-payment of premiums. We may not use statements by a person which relate to whether or not he is insurable:
a) If they are not in an application signed by him, a copy of which has been given to him; or
b) after he has been covered for 2 years during his lifetime.

**Insurance Data** – You shall provide to us any information which may reasonably relate to insurance under this policy. We may inspect your records which affect this insurance at any reasonable time.

**Clerical Error** – A person's coverage will not be affected by error or delay in keeping records of insurance under this policy. If such an error or delay is found, the premium will be adjusted fairly.

**Misstatement Of Facts** – If a fact which affects a person's coverage has not been correctly reported, the correct information will be used to judge whether coverage is in force, and in what amount.

**Assignment** – If an employee assigns his rights or benefits from this policy, he must do so in writing. We will not be bound until we receive and have acknowledged a signed copy of it. We are not responsible for its validity or sufficiency.

This insurance may not be levied on, attached, garnished, or otherwise taken for a person's debts. This does not apply where it is contrary to law.

**Certificates Of Insurance** – We will provide you with individual certificates of insurance, to be delivered to your covered employees. These will describe the benefits and basic provisions of this insurance, and will state to whom benefits are payable. An employee may have only one certificate in force at one time under this policy. If he has more than one, then he (or his beneficiary or estate, if he is dead) may choose which one will be in force. We will return the premiums paid for the others.

**Examination Of The Policy** – This policy may be examined at your office or the office of the administrator.

EX. C - 10

## GROUP INSURANCE POLICY

### LIFE INSURANCE BENEFIT

If an employee dies while he is covered by this policy, we will pay the life insurance benefit shown in the Schedule of Benefits on page 6. We will pay this amount as soon as we receive due proof of his death. This benefit is subject to all of the terms of this policy.

### BENEFICIARY

Benefits for the death of a covered employee will be paid to his beneficiary. These terms are set forth in detail on page 7.

LM-8L71                     Life Insurance Benefit                          EX. C - 11

## GROUP INSURANCE POLICY

### WAIVER OF PREMIUM BENEFIT

We will not require any further life insurance premium to be paid for a covered employee:
   a) after he has given us proof that he is disabled; and
   b) after he has been disabled for 9 straight months; and
   c) if he became disabled before his 60th birthday.

A covered employee will be deemed "disabled," as used here, only if he can not do any work for wage or profit.

He must give us proof that he is disabled not more than 12 months after he became disabled, and every 12 months after that. If he dies before such proof has been given, we will still pay the life insurance benefit, as long as such proof is given not more than 12 months after he became disabled. We may have him examined as often as reasonably necessary while he is disabled, but not more than once a year after two years.

The employee will still be covered for the life insurance benefit. No charge will be made for his premium. If this policy provides other benefits, he will not be covered for them while his premium is waived. The benefit will be the lesser of:
   a) the amount he was covered for when he became disabled; and
   b) the amount he would be covered for if he were not disabled.
We will only pay this benefit if written notice of claim is sent to our home office not more than 12 months after his death. Except for the above, all other terms of the policy will apply.

This coverage will end when any of these things happen:
   a) 31 days after he is no longer disabled, if premium payments are not resumed.
   b) 31 days after he is no longer eligible, for any reason other than being disabled.
   c) 31 days after he refuses to be examined or fails to provide proof that he is disabled, as required above.

During this 31 day period, the covered employee may apply for an individual life insurance policy. These terms are set forth in detail on page 4 under "Conversion Privilege."

LM-8L73a                                Waiver Of Premium Benefit                                EX. C - 12

AMENDATORY RIDER
(California)

This rider amends the group policy or certificate to which it is attached and expires concurrently. The following provisions are hereby added:

EXTENSION OF BENEFITS

Anything to the contrary notwithstanding, if the policy is discontinued or coverage thereunder is terminated by the Policyholder while the Insured person is totally disabled, such coverage may be extended irrespective of whether there is replacement insurance, subject to any limitations specified in the policy, but no such extension shall be for less than the following periods:

      For life insurance benefits as long as the insured person is totally disabled.

Nothing contained in this rider shall be construed to mean that any coverage is extended unless coverage was in force with respect to the insured person at the time of policy termination. Any extension of benefits shall terminate when the insured person is no longer totally disabled.

Nothing herein contained shall vary, alter, waive or extend any of the provisions, conditions or limitations of the policy except as above stated.

LIFE INSURANCE COMPANY OF NORTH AMERICA

*Gordon L. Murphy*

GORDON L. MURPHY, President

LM-11530

EX. C - 13

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
Philadelphia, Pennsylvania

We, CHARLES SCHWAB & CO., INC.,

whose main office address is San Fancisco, CA,

hereby apply to the Life Insurance Company of North America for Group Policy

No. GL-13653.

We approve and accept the terms of this Group Policy.
This application is to be signed in duplicate. One part is to be attached to the Group Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Group Policy.

CHARLES SCHWAB & CO., INC.
(Full or Corporate Name of Applicant)

Signed at _____ By _____
(Signature and Title)  *SPECIMEN*

On _____ Witness _____
(To be signed by Licensed Resident Agent where required by law)

LM-1K59        (This Copy Is To Remain Attached To The Policy)

---

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
Philadelphia, Pennsylvania

We, CHARLES SCHWAB & CO., INC.,

whose main office address is San Fancisco, CA,

hereby apply to the Life Insurance Company of North America for Group Policy

No. GL-13653.

We approve and accept the terms of this Group Policy.
This application is to be signed in duplicate. One part is to be attached to the Group Policy; the other part is to be returned to the Life Insurance Company of North America.

This application supersedes any previous application for this Group Policy.

CHARLES SCHWAB & CO., INC.
(Full or Corporate Name of Applicant)

Signed at _____ By _____
(Signature and Title)  *SPECIMEN*

On _____ Witness _____
(To be signed by Licensed Resident Agent where required by law)

LM-1K59        (This Copy Is To Be Returned To Us)         EX. C - 14

INA LIFE INSURANCE COMPA' EW YORK
CIGNA COMPANIES

(TYPE OR PRINT IN INK)                UNDERWRITING BRIEF

Policyholder __CHARLES SCHWAB & CO., INC.__    Effective Date __11-1-88__  Policy No. __GL-13653__
Address __101 Montgomery Street__               Legal Entity __Inc.__       Anniversary Date __11-1__
        __San Francisco, CA  94054__            Agent __Fred S. James & Co./Judy Wilson__
Correspondent __Janet W. Ng__                   Address __505 Sansome Street/17th Floor__
Telephone # __(415) 627-7522__                          __San Francisco, Ca  94120__
Industry __Discount Stock Broker__ SIC Code ___  License No. __355709__     Commissions __Std.__
Other LINA Policies __Ok__                      Service Office __San Francisco - 544__
State Code __04__       Co. __6__               Claims Office __(SRO)  Walnut Creek - 038__
Premium Administration            S.A. __X__    Mode of Payment  M __X__  Q ___ Semi-A ___ A ___

| AFFILIATED COMPANIES | CITY & STATE | LEGAL ENTITY | EFFECTIVE DATE OF COVERAGE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Eligible Employees are defined as: __All active full-time regular employees of the Policyholder, working 20 or more hours per week.__

Eligible Dependents: Spouse ___  Child ___  Fulltime Student Age ___  Age Reduction: ___ % At Age ___
Termination: At Age ___
Waiting Period: Initial Group __0__ months; Future Entrants __*__ months  Age Reduction __**__ % At Age __**__
Termination: At Age ___
EE Contribution: EE Coverage: BASIC __X__ YES ___ ___% NO __X__ SUPPL ___ YES ___ ___% NO ___
                            DEP     YES ___ ___% NO ___
Class Changes Effective: Date of Change __X__    Next Premium Due Date ___  Anniversary Date ___
Earnings Changes Effective: Date of Change __X__  Next Premium Due Date ___  Anniversary Date ___

| CLASS NO. | DESCRIPTION OF CLASSES |
|---|---|
| 1 | Vice-Presidents and above |
| 2 | Branch Manager |
| 3 | All other |
| 4 | |
| 5 | |
| 6 | |

RECEIVED
DEC 21 1988
GISU-SRO
WALNUT CREEK OFFICE

SCHEDULE OF BENEFITS

| CLASS NO. | # OF CERTS | LIFE | AD & D | WEEKLY DISABILITY |
|---|---|---|---|---|
| | | Minimum Benefit ___<br>Maximum Benefit 1,000,000.<br>G I ___<br>Waiver: Yes __X__ NO ___ | Non-Occ. ___<br>24-Hr. ___ | ___ Accident ___ Sickness<br>___ Weeks  Flat Amount $___<br>___ %; Maximum $___<br>Maternity: YES ___ NO ___ |
| 1 | | 2XBAS plus salary times target bonus percentage*** | | |
| 2 | | 2XBAS*** | | |
| 3 | | 1XBAS*** | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

OPTIONAL BENEFITS

| SUPPLEMENTAL LIFE | DEPENDENT LIFE |
|---|---|
| Minimum Benefit ___<br>Maximum Benefit ___<br>Guarantee Issue ___<br>Participation % ___<br>Age Reduction: ___ % At Age ___<br>Termination: At Age ___ | Spouse Benefit $___<br>Child Benefit $___<br>  Graded  $500            $1000<br>  ___ Days--6 Months     $___<br>  Birth--6 Months<br>  6 Months--___ (FTS.)   $___<br>  6 Months--___ (No FTS.) $___ |

SCHEDULE OF RATES--DISCOUNTS APPLIED LIFE ___ %

| | COVERAGES | | | | SUPPLEMENTAL LIFE | |
|---|---|---|---|---|---|---|
| RATES | LIFE | AD & D | WEEKLY DISABILITY | DEPENDENT LIFE | Composite | $ ___ |
| MANUAL | .12 | | | | 30 ___ | 50-54 ___ |
| PAYABLE | .12 | | | | 30-34 ___ | 55-59 ___ |
| | | | | | 35-39 ___ | 60-64 ___ |
| | | | | | 40-44 ___ | 65-69 ___ |
| | | | | | 45-49 ___ | |

Participation: Employees  No. Eligible ___   Dependents No. Eligible ___
                          No. Enrolled ___              100 % No. Enrolled ___
              100 % Participation attained on __11-1__, 19__88__

EX. C - 15

UNDERWRITING BRIEF CONT'l.

Remarks: Booklets requested. *November 1, 1988 thru December 31, 1988 - 1st of the month coinciding or next following date of hire, then effective January 1, 1989 - first of the month coinciding or next following 90 da **Age reduction - 35% at age 65 and add'l 50% at age 70. ***All benefits rounded to the next highest $1,000.

| | |
|---|---|
| Reinsurance Needed: YES X  NO ___ | H.O. Underwriter: George Schoewise |
| Group Representative: Eileen McKenna | Group Manager: Ronald D. Smith |
| Data Card # 1 | Date: 11-1-88 |

Legend: M = Monthly   Q = Quarterly   Semi-A = Semi-Annual   A = Annual

LIFE INSURANCE COMPANY OF NORTH AMERICA
Group Department, Philadelphia, Pennsylvania 19101

| | | | |
|---|---|---|---|
| To | San Francisco Service Office | Date | NOV 29 1988 |
| | Ms. Lucille Washington | | |
| From | Group Issue - Ms. Wanda Crawford | File Number | GL-13653 |

Subject    CHARLES SCHWAB & CO., INC.

The following items for the subject new Group case are being transmitted to you:

FOR DELIVERY TO THE POLICYHOLDER:

| Enclosed | Separately | |
|---|---|---|
| X | _____ | Group Policy Number(s)   GL-13653 |
| X | _____ | 2 copies of Application for Group Policy |

            Note:   Obtain authorized signatures on both copies of item checked above and return appropriate copy to my attention.

| | | |
|---|---|---|
| _____ | X | Individual's Certificates |
| _____ | X | A supply of blank Certificates |

Please notify me when the above item(s) have been delivered

FOR THE SERVICE OFFICE FILES:

| | | |
|---|---|---|
| X | _____ | Policy & Correspondence File (contains copy of Group Policy) |

FOR DELIVERY TO WRITING AGENT:

| | | |
|---|---|---|
| X | _____ | A copy of Group Policy |

FOR CLAIMS OFFICE FILES:

| | | |
|---|---|---|
| X | _____ | A copy of the Group Policy |

NOTE:    TO REPRESENTATIVE:
After case has been installed, please return this form to Your Group Service Coordinator.

cc: Your Group Service Coordinator
     San Francisco Service Office
     Ms. Eileen McKenna

     Walnut Creek Special Risk Operations
     Mr. Larry Tong

IS-105    Date _____ Installed by: _____ By _____

*Received DEC 1 1988 WALNUT CREEK OFFICE* (stamp)

EX. C - 17