# EXHIBIT D

Brad Borkowski
Life Claim Specialist
Life and Accident Claim Services

**CIGNA Group Insurance**
Life • Accident • Disability
PO Box 22328
Pittsburgh, PA 15222-0328
Telephone 1-800-238-2125
Facsimile 412-402-3221

May 9, 2006

James R. Morgan
Attorney at Law
1511 Treat Blvd. Suite 600
Walnut Creek, CA 94598-1097

**Insured Name:**          Peter Sabecky
**Date of Birth:**         08/08/1954
**Policy Number:**         GL-13653
**Underwriting Company:**  Life Insurance Company of North America

Dear Mr. Morgan:

I'm sorry to learn about the death of Peter Sabecky. I've completed my review of your claim for Group Term Life Insurance benefits and have determined that life insurance benefits are not payable. I'm writing to explain the outcome of the review.

In an effort to help you understand the basis of this decision, I have provided the applicable policy provisions. A copy of this policy provision is enclosed. In order to be eligible for benefits, you must satisfy the policy provision.

### Policy Provision

The Charles Schwab policy states:

Payment of Claims

Beneficiary- "Benefits paid on account of the death of a covered employee will be paid to the beneficiary he has chosen. This choice must be in writing and filed with you or at our home office. The employee may change the beneficiary by sending us written notice. He does not need the beneficiary's consent.

No Selection of change of beneficiary will take effect unless it has been duly filed; but if it is so filed it will take effect on the date he signed it, even if he dies before it is filed. Any payment we make before it is filed fulfills our duty to pay that amount."

### Evidence Evaluated

I have reviewed the following documents in making this determination:
- Charles Schwab policy number GL-13653
- Certificate of Death from the State of California for Peter J. Sabecky

EX. D - 1

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

The Judgment of Dissolution of Marriage between Peter Sabecky and Rebecca Sabecky states the marriage ended on June 6, 2002. Since this policy is governed by ERISA the divorce does not remove Rebecca Sabecky as a beneficiary of the life insurance policy.

LINA is obligated to pay the insurance proceeds to the beneficiary designated by the Insured and your clients were not named as the beneficiaries of the Charles Schwab Life Insurance under policy number GL 13653.

## Summary

Mr. Sabecky had a Group Term Life Insurance policy through Life Insurance Company of North America under policy number GL 13653. Charles Schwab terminated their life insurance policy with LINA on January 1, 1994 and moved their life insurance coverage to a new carrier. Since Mr. Sabecky was disabled and approved for Waiver of Premium while insured with LINA his coverage remained with LINA when Charles Schwab terminated on January 1, 1994.

On June 18, 1989, Mr. Sabecky completed a beneficiary designation for the life insurance policy under policy number GL 13653 issued by the Life Insurance Company of North America. This beneficiary designation did not name Daniel Toussaint, Matthew Toussaint and Nichole Toussaint as the beneficiary of this policy.

On January 8, 2003, Peter Sabecky changed his beneficiary for the Charles Schwab Retirement Savings and Investment Plan and for the MetLife Group Policy Number 94867 to Daniel Toussaint, Matthew Toussaint and Nichole Toussaint.

On May 18, 2005, correspondence was sent to Daniel Toussaint, Matthew Toussaint and Nichole Toussaint from MetLife stating they may be entitled to the proceeds from Mr. Sabecky's group term life insurance. MetLife confirmed these letters were sent in error and that MetLife has no liability regarding this life insurance policy.

Since Mr. Sabecky did not change the beneficiary for the Life Insurance Company of North America's policy number GL 13653 payment of the insurance proceeds were paid to the designated beneficiary on file at the time of his death. Therefore, no life insurance benefits are due to Daniel Toussaint, Matthew Toussaint and Nichole Toussaint under the Life Insurance Company of North America policy number GL 13653.

## Appeal Rights

This action is based on the information in our file. If you are not satisfied or do not agree with the reason(s) for the denial of your claim, you may appeal the decision to:

> CIGNA Group Insurance
> PO Box 22328
> Pittsburgh, PA 15222-0328
> Attn: Renee Worst

The appeal must be in writing, submitted within 60 days of the date you receive this letter and must contain the following information:

- the reason for the appeal and/or disagreement,
- the insured's name and social security number

EX. D - 2

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

- beneficiary designation for Charles Schwab Life Insurance policy GL-13653 signed and dated by Peter Sabecky on June 18, 1989
- beneficiary designation for Charles Schwab for the Schwab Plan Retirement Savings & Investment Plan Beneficiary Designation Form signed and date by Peter Sabecky on January 8, 2003 naming Daniel Toussaint, Matthew Toussaint and Nichole Toussaint
- MetLife Beneficiary Designation for Group Policy Number 94867 signed and dated by Peter Sebecky on January 8, 2003 naming Daniel Toussaint, Matthew Toussaint and Nichole Toussaint
- Letter written by you on March 22, 2006 stating your position for Daniel Toussaint, Matthew Toussaint and Nichole Toussaint entitlement to the life insurance policy
- MetLife Recordkeeping Center letters that were sent to Daniel Toussaint, Matthew Toussaint and Nichole Toussaint on May 18, 2005
- Phone conversation with Pat from MetLife on March 31, 2006
- Judgment of Dissolution of Marriage for Peter Sabecky and Rebecca Sabecky

**Summary of Evidence**

The Charles Schwab Group Term Life Insurance policy became effective with Life Insurance Company of North America (LINA) on November 1, 1988 under policy number GL 13653. Charles Schwab terminated their life insurance policy with LINA on January 1, 1994.

According to the information in our file, Mr. Sabecky became disabled and was approved for Waiver of Premium under our policy on February 28, 1993. Since he was on Waiver of Premium, his premiums were being waived while he was disabled and his records including beneficiary designations were maintained by LINA. His life insurance coverage remained with LINA since he was on Waiver of Premium until his passing on April 4, 2005. Since Mr. Sabecky was on Waiver of Premium with LINA his life insurance benefit remained with LINA and did not transfer to the new carrier. The current life insurance carrier for Charles Schwab's Life Insurance is MetLife.

You had provided a MetLife beneficiary designation for Group Policy Number 94867 signed and dated January 8, 2003 by Mr. Sabecky. The beneficiary designation listed Daniel Toussaint, Matthew Toussaint, and Nichole Toussaint. This beneficiary designation completed on January 8, 2003 is for the life insurance under MetLife Insurance Company not LINA. Since Mr. Sabecky was on Waiver of Premium with LINA any beneficiary change would have had to been changed through LINA. The beneficiary designation on file with CIGNA does not name Daniel Toussaint, Matthew Toussaint and Nichole Toussaint as the beneficiary of the life insurance coverage under policy GL 13653.

The beneficiary designation for the Schwab Plan Retirement Savings & Investment Plan Beneficiary Designation form dated January 8, 2003 applies to Mr. Sabecky's Retirement Savings and Investment Plan not the life insurance plan.

You also provided copies of letters that were sent out to Daniel Toussaint, Matthew Toussaint and Nichole Toussaint from the MetLife Recordkeeping Center dated May 18, 2005. I have contacted Pat at MetLife who informed me that the letters sent out by them were in error. She also stated that MetLife claim was denied in October of 2005 since it was not their liability.

The Charles Schwab policy in question is an Employee Retirement Income Security Act (ERISA) qualified plan. ERISA provides that it shall pre-empt any and all state laws which relate to employee pension benefit plans and employee welfare benefit plans. Life insurance provided as a benefit of employment, such as the policy at issue here, constitutes an employee welfare benefit plan and is therefore governed by ERISA.

EX. D - 3

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

- signed and dated bene    ary designation dated after June 18,   89 naming Daniel Toussaint, Matthew Toussaint and Nichole Toussaint as beneficiaries of the Life Insurance Company of North America Policy Number GL 13653

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the policy. The determination has been made in good faith and without prejudice under the terms and conditions of the contract, whether or not specially mentioned herein. Should you have any information which would prove contrary to our findings, please submit it to the undersigned. We would be pleased to review any objective information you would wish to submit.

You may request a review of this denial by writing to the Life Insurance Company of North America representative signing this letter. The written request for a review must be sent within 60 days of receipt of this letter and state the reason why you feel your claim should not have been denied. Include any documentation (e.g. medical data) that you feel supports your claim. You may request copies of our claim file records relevant to the claim determination upon request and free of charge. Under normal circumstances, you will be notified of the final decision within 60 days of the date your request for review is received. If there are special circumstances requiring delay, you will be notified of the final decision no later than 120 days after your request. You have a right to bring a legal action for benefits under the Employee Retirement Income Security Act of 1974 if your claim is denied on appeal.

Mr. Morgan, if you have any questions, please call me. You can reach me at our toll free number 1.800.238.2125 extension 3496 from 8:30 a.m. to 5:00 p.m. Eastern Time, Monday through Friday or email me at Bradley.Borkowski@CIGNA.com. If you call and get my voice mail, leave a message and your call will be returned within one business day.

Sincerely,

Brad Borkowski

Enclosure

CC: Daniel, Nichole, and Matthew Toussaint

EX. D - 4

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.