# EXHIBIT E

# Benefit Options
## 1992 ENROLLMENT FORM

RECD NOV 22 1991

SABECKY, PETER
5519 PENNSYLVANIA BL
CONCORD    CA  94521

SS #: 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
          5

### 1. EMPLOYEE DATA

| | | |
|---|---|---|
| Location: 152 | Marital Status: M | Annual Salary as of 10/01/91:  28,702.80 |
| Date of Hire: 03/13/89 | Date of Birth: 08/08/54 | Effective Date of Coverage: 01/01/1992 |

### 2. DEPENDENT DATA

Please list all eligible dependents. If adding or dropping coverage for a dependent, write "A" or "D" in the appropriate benefit columns.

| Last Name | First Name | Relationship | Birthdate (mm/dd/yy) | Student (if 18+) | Medical | Dental | Vision | Life |
|---|---|---|---|---|---|---|---|---|
| Sabecky | Rebecca | S | 05/26/1955 | | X | X | | |
| Fluegel | Francesca | C | 10/21/1974 | | X | X | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### 3. EMPLOYEE COVERAGE OPTIONS

Select one option from each of the benefit categories below and enter the cost per pay period for the option selected in the box on the right. Note that credits are shown in parentheses ( ). See your information kit for details on each benefit.

| MEDICAL PLANS | Employee Only | Employee + 1 | Employee + 2 |
|---|---|---|---|
| Core Medical | ☐ $.00 | ☐ $11.00 | ☐ $18.00 |
| Medical Plus | ☐ $12.50 | ☐ $65.00 | ☐ $125.00 |
| KAISER (N. CA) | ☐ $3.00 | ☐ $11.00 | ☒ $18.00 |
| ONLY AVAILABLE IF YOU ARE COVERED UNDER YOUR SPOUSE'S PLAN | | | |
| Opt Out | ☐ <$25.00> | | |

A. MEDICAL → 18.00

| DENTAL PLANS | Employee Only | Employee + 1 | Employee + 2 |
|---|---|---|---|
| Core Dental | ☐ $2.00 | ☐ $6.00 | ☐ $12.00 |
| Dental Plus | ☐ $8.00 | ☐ $20.00 | ☐ $35.00 |
| DMO | ☐ $.00 | ☐ $2.00 | ☒ $4.00 |
| Opt Out | ☐ <$5.00> | | |

B. DENTAL → 4.00

| VISION PLAN | Employee Only | Employee + 1 | Employee + 2 |
|---|---|---|---|
| Core Vision | ☒ $.00 | ☐ $1.00 | ☐ $2.00 |

C. VISION → (crossed out)

**CharlesSchwab**

SABECKY, PETER
5519 PENNSYLVANIA BL
CONCORD    CA   94521
SS #:  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
       5

# Benefit Options

## 1992 ENROLLMENT FORM

| DISABILITY PLANS | Short-Term | Long-Term | Cost | |
|---|---|---|---|---|
| Option 1: | SDI or Equivalent | 50% Long-Term | ☒ | <$2.39> |
| Option 2: | 66% of Salary | 66% of Salary | ☐ | $.00 |

D. DISABILITY  <2.39>

| Employee Life Insurance Plans | Coverage | Cost | |
|---|---|---|---|
| Core Life / AD&D | $10,000 | ☐ | <$1.90> |
| Option 1: 1 X Salary | $29,000 | ☐ | <$1.15> |
| Option 2: 2 X Salary | $58,000 | ☒ | $.00 |
| Option 3: 3 X Salary | $87,000 | ☐ | $2.29 |
| Option 4: 4 X Salary | $115,000 | ☐ | $4.50 |
| Option 5: 5 X Salary | $144,000 | ☐ | $6.79 |

E. EMPLOYEE LIFE   0

### 4. EXPENSE ACCOUNTS  Enter the amount you wish to deposit each pay period.

☐ Health Care Account  ($5.00 minimum. Increments of $5.00. $160 Maximum.)

F. HEALTH CARE  0

☐ Dependent Care Account  ($15.00 minimum. $208 Maximum.)

G. DEPENDENT CARE  0

### 5. DEPENDENT COVERAGE OPTIONS

| Child Life | | Cost |
|---|---|---|
| $2,000.00 | ☐ | .55 |
| $4,000.00 | ☐ | 1.10 |
| $6,000.00 | ☐ | 1.65 |
| $8,000.00 | ☐ | 2.20 |

| Spouse Life | | Cost |
|---|---|---|
| $29,000 | ☐ | * |
| $58,000 | ☐ | * |

* See Guidebook

H. CHILD LIFE   0

I. SPOUSE LIFE   0

### 6. PRE-TAX COST OR (TAXABLE CASH BACK)
Add A. through I.



19.61

I have received and read the printed material explaining BENEFIT OPTIONS and my choices under the plan. I hereby verify all information requested on this form. I understand I may NOT change my selections UNTIL THE NEXT OPEN ENROLLMENT PERIOD, except in the event of a change in my employment status (or that of my spouse), marriage, divorce, childbirth, adoption, or death. I authorize Charles Schwab & Co., Inc. to reduce my salary as indicated on this form in order to pay for the benefits I have selected.

_Peter A. Sabecky_   11/22/91

SABECKY, PETER
5519 PENNSYLVANIA BL
CONCORD     CA  94521
SS #: 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 5

# Benefit Options

## 1992 ENROLLMENT FORM

| DISABILITY PLANS | Short-Term | Long-Term | Cost | |
|---|---|---|---|---|
| Option 1: | SDI or Equivalent | 50% Long-Term | ☒ | <$2.39> |
| Option 2: | 66% of Salary | 66% of Salary | ☐ | $.00 |

D. DISABILITY  <2.39>

| Employee Life Insurance Plans | Coverage | Cost | |
|---|---|---|---|
| Core Life / AD&D | $10,000 | ☐ | <$1.90> |
| Option 1: 1 X Salary | $29,000 | ☐ | <$1.15> |
| Option 2: 2 X Salary | $58,000 | ☒ | $.00 |
| Option 3: 3 X Salary | $87,000 | ☐ | $2.29 |
| Option 4: 4 X Salary | $115,000 | ☐ | $4.50 |
| Option 5: 5 X Salary | $144,000 | ☐ | $6.79 |

E. EMPLOYEE LIFE  0

### 4. EXPENSE ACCOUNTS  Enter the amount you wish to deposit each pay period.

☐ Health Care Account ($5.00 minimum. Increments of $5.00. $160 Maximum.)

F. HEALTH CARE  0

☐ Dependent Care Account ($15.00 minimum. $208 Maximum.)

G. DEPENDENT CARE  0

### 5. DEPENDENT COVERAGE OPTIONS

| Child Life | | Cost | Spouse Life | | Cost |
|---|---|---|---|---|---|
| $2,000.00 | ☐ | .55 | $29,000 | ☐ | * |
| $4,000.00 | ☐ | 1.10 | $58,000 | ☐ | * |
| $6,000.00 | ☐ | 1.65 | | | |
| $8,000.00 | ☐ | 2.20 | * See Guidebook | | |

H. CHILD LIFE  0

I. SPOUSE LIFE  0

### 6. PRE-TAX COST OR TAXABLE CASH BACK)
Add A. through I.

19 61

I have received and read the printed material explaining BENEFIT OPTIONS and my choices under the plan. I hereby verify all information requested on this form. I understand I may NOT change my selections UNTIL THE NEXT OPEN ENROLLMENT PERIOD, except in the event of a change in my employment status (or that of my spouse), marriage, divorce, childbirth, adoption, or death. I authorize Charles Schwab & Co., Inc. to reduce my salary as indicated on this form in order to pay for the benefits I have selected.

_Peter A Sabecky_     11/22/01

# Charles Schwab
*America's Largest Discount Broker*

# Beneficiary Designation Form

Name __SABECKY__ __PETER__ __J__
         Last,         First,         MI

Social Security Number __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__    Date of Hire __03/13/89__ (mo/day/yr)

Branch/Dept. Name __SF/SIIS__    No. __050__    Ext. __5300__

1) **Beneficiary Designation Information and Conditions**
(Read carefully before completing form)

The beneficiary has the right, in the event of a participant's death, to choose an optional method of payment, as designated in the Plan or Plans.

If no named beneficiary survives the participant, any benefits which may be payable shall be made to the executor(s) or administrator(s) of the participant's estate.

If the participant and the beneficiary die as a result of a common disaster, the participant shall be deemed to be the survivor.

2) I hereby designate the following named person(s) to be beneficiary(ies) of the proceeds of the following Charles Schwab & Co., Inc. Employee Benefit Plans. Entitlement to these benefits is determined by my eligibility as defined in each Plan Document and my voluntary participation in a Plan where an election to enroll is necessary.

    Group Life Insurance
    Accidental Death and Dismemberment Insurance
    Profit Sharing and Employee Stock Ownership Plan
    Supplemental Group Life Insurance

Print clearly or type the **NAME** and **RELATIONSHIP** of your beneficiary(ies). Include the beneficiary(ies)' address if not currently residing in your household. See reverse side for examples.

A. Primary Beneficiary(ies): __REBECCA M. SABECKY__

B. Secondary Beneficiary(ies): __FRANCESCA A. FLUEGEL__

3) I do not wish to designate the above named person(s) as beneficiary of the following Plan(s):

Name of Plan(s): _____
I designate my beneficiary(ies) for the Plan(s) as: _____

4) **NOTE:** If you are married and if you have designated anyone other than your spouse as a primary beneficiary, you must have your spouse sign the following consent of spouse: Spousal consent must be witnessed by Plan representative or Notary Public.

I have read and consent to the above beneficiary designation:

_____(signature of spouse)    _____(dated)

_____(signature of witness)    _____(address of witness)

5) I understand I am revoking any previous designation(s) which may be inconsistent with this designation, and this designation shall be effective only when received by Charles Schwab & Co., Inc.

• Signature __[signed: Peter J. Schecky]__    Date __6/18/89__

■ Send All Copies to Benefits Office. A Confirmation will be returned to you.

_____ Benefits Representative      _____ Date

INTER 298-1 (6/87)

# Charles Schwab
*America's Largest Discount Broker*

# Beneficiary Designation Form

Name  **SABECKY**          **PETER**          **J**
     Last,                  First,            MI

Social Security Number  **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**   Date of Hire  **03/13/89** (mo/day/yr)

Branch/Dept. Name  **SF / SIIS**   No. **050**   Ext. **5300**

1)  **Beneficiary Designation Information and Conditions**
    (Read carefully before completing form)

   The beneficiary has the right, in the event of a participant's death, to choose an optional method of payment, as designated in the Plan or Plans.

   If no named beneficiary survives the participant, any benefits which may be payable shall be made to the executor(s) or administrator(s) of the participant's estate.

   If the participant and the beneficiary die as a result of a common disaster, the participant shall be deemed to be the survivor.

2) I hereby designate the following named person(s) to be beneficiary(ies) of the proceeds of the following Charles Schwab & Co., Inc. Employee Benefit Plans. Entitlement to these benefits is determined by my eligibility as defined in each Plan Document and my voluntary participation in a Plan where an election to enroll is necessary.

   Group Life Insurance
   Accidental Death and Dismemberment Insurance
   Profit Sharing and Employee Stock Ownership Plan
   Supplemental Group Life Insurance

   Print clearly or type the **NAME** and **RELATIONSHIP** of your beneficiary(ies). Include the beneficiary(ies)' address if not currently residing in your household. See reverse side for examples.

   A. Primary Beneficiary(ies):  **REBECCA H. SABECKY**

   B. Secondary Beneficiary(ies):  **FRANCESCA A. FLUEGEL**

3) I do not wish to designate the above named person(s) as beneficiary of the following Plan(s):

   Name of Plan(s): _____
   I designate my beneficiary(ies) for the Plan(s) as:

4) NOTE: If you are married and if you have designated anyone other than your spouse as a primary beneficiary, you must have your spouse sign the following consent of spouse: Spousal consent must be witnessed by Plan representative or Notary Public.

   I have read and consent to the above beneficiary designation:

   _____    _____
   (signature of spouse)              (dated)

   _____    _____
   (signature of witness)             (address of witness)

5) I understand I am revoking any previous designation(s) which may be inconsistent with this designation, and this designation shall be effective only when received by Charles Schwab & Co., Inc.

   • Signature  *[signed]*    Date **6/18/89**

   ■ Send All Copies to Benefits Office. A Confirmation will be returned to you.

   _____    _____
   Benefits Representative            Date

INTER 298-1 (6/87)