# EXHIBIT F

Sean P. Nalty, Esq. (State Bar No. 121253)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C07 01052<br><br>**DEFENDANT CHARLES SCHWAB & COMPANY'S JOINDER OF THE REMOVAL** |

I am authorized by Charles Schwab & Co., Inc. to sign this joinder in Removal.

By virtue of my signature below, Charles Schwab & Co., Inc. joins in the removal of this matter from the Contra Costa County Superior Court to the United States District Court for the Northern District of California by Defendant Life Insurance Company of North America.

Dated: July 2, 2007

_____
GREG SCANLON, ESQ.
CHARLES SCHWAB & COMPANY

|    |                                                                                                                                                                                                                                                                                                                                                                                 |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | **PROOF OF SERVICE**                                                                                                                                                                                                                                                                                                                                                            |
| 2  |                                                                                                                                                                                                                                                                                                                                                                                 |
| 3  | I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):                                                        |
| 4  |                                                                                                                                                                                                                                                                                                                                                                                 |
| 5  | **DEFENDANT OM FINANCIAL LIFE INSURANCE COMPANY'S FORM INTERROGATORIES, SET ONE, TO ARTHUR TENER AND ALICIA TENER**                                                                                                                                                                                                                                                             |
| 6  |                                                                                                                                                                                                                                                                                                                                                                                 |
| 7  | on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:                                                                                                                                                                                           |
| 8  |                                                                                                                                                                                                                                                                                                                                                                                 |
| 9  | __X__ : By First Class Mail – (Pursuant to CCP Section 1013.) I am readily familiar with Wilson Elser Moskowitz Edelman & Dicker LLP's practices for collecting and processing documents for mailing with the United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 525 Market Street, 17th Fl., San Francisco, CA 94105-2725. The above-referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.. |
| 10 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 11 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 12 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 13 | _____ : By Personal Service – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.                                                                                                                                                                                                         |
| 14 | _____ : By Overnight Courier – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.                                                                                                                                                                |
| 15 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 16 | _____ : Facsimile – (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)                                                                                                                                                                                                  |
| 17 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 18 | Steven Riess<br>Law Offices of Steven Riess<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104<br>T: (415) 989-1970<br>F: (866) 298-6055<br>***Attorneys for Plaintiffs Tener***                                                                                                                                                                               |
| 19 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 20 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 21 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.                                                                                                                                                                                                                                |
| 23 | EXECUTED June 29, 2007 at San Francisco, California.                                                                                                                                                                                                                                                                                                                            |
| 24 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 25 | _M. Lisette Meyer_ (signature)                                                                                                                                                                                                                                                                                                                                                  |
| 26 | M. Lisette Meyer                                                                                                                                                                                                                                                                                                                                                                |
| 27 |                                                                                                                                                                                                                                                                                                                                                                                 |
| 28 |                                                                                                                                                                                                                                                                                                                                                                                 |