Sean P. Nalty, Esq. (State Bar No. 121253)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. C 07-03467 JL<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA'S PROOF OF SERVICE OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Complaint filed:　　May 18, 2007 |

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S
NOTICE TO ADVERSE PARTY OF REMOVAL OF
ACTION TO FEDERAL COURT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☑ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

James R. Morgan
Law Office of James R. Morgan
1511 Treat Boulevard, Suite 600
Walnut Creek, CA 94598-1097
T: (925) 947-0200
F: (925) 934-6092

Attorney(s) for Plaintiffs DANIEL TOUSSAINT, MATTHEW TOUSSAINT and NICOLE TOUSSAINT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 5, 2007** at San Francisco, California.

*M. Lisette Meyer*
M. Lisette Meyer

PROOF OF SERVICE

288178.1