| | |
|---|---|
| 1 | James R. Morgan (SBN: 77499) |
|   |    morgan4law@aol.com |
| 2 | LAW OFFICE OF JAMES R. MORGAN |
|   | 1511 Treat Boulevard, Suite 600 |
| 3 | Walnut Creek, CA 94598-1097 |
|   | Telephone: (925) 947-0200 |
| 4 | Facsimile: (925) 934-6092 |
| 5 | Attorney for Plaintiffs |
|   | DANIEL TOUSSAINT, MATTHEW |
| 6 | TOUSSAINT, and NICOLE TOUSSAINT |
| 7 | Kim Zeldin (SBN: 135780) |
|   |    kzeldin@linerlaw.com |
| 8 | LINER YANKELEVITZ |
|   | SUNSHINE & REGENSTREIF LLP |
| 9 | 199 Fremont Street, 20th Floor |
|   | San Francisco, CA 94105-2255 |
| 10 | Telephone: (415) 489-7700 |
|    | Facsimile: (415) 489-7701 |
| 11 | |
|    | Attorneys for Defendant |
| 12 | CHARLES SCHWAB & CO., INC. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, | ) ) ) ) ) | Case No. C 07-03467 JL<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
|       Plaintiffs, | ) ) | |
| vs. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive, | ) ) ) ) ) ) | |
|       Defendants. | ) ) | |

---

Case No. C 07-03467 JL
STIPULATION EXTENDING TIME TO ANSWER

0030012/001/32395v01

1     Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs Daniel Toussaint, Matthew Toussaint, and Nicole Toussaint, by their attorney James R. Morgan, do hereby stipulate that Defendant Charles Schwab & Co., Inc. shall have a 30-day extension of time to respond to the Complaint, to and including August 10, 2007.

    This is the first extension of time on the response to the Complaint and will not alter the date of any event or deadline fixed by Court order.

Dated: July 11, 2007

LAW OFFICE OF JAMES R. MORGAN
James R. Morgan
1511 Treat Boulevard, Suite 600
Walnut Creek, CA 94598-1097


By:    s/James R. Morgan
       James R. Morgan

Attorney for Plaintiffs
DANIEL TOUSSAINT, MATTHEW TOUSSAINT, and NICOLE TOUSSAINT


Dated: July 11, 2007

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
Kim Zeldin
199 Fremont Street, 20th Floor
San Francisco, CA 94105


By:    s/Kim Zeldin
       Kim Zeldin

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.