1  Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs Daniel Toussaint,
2  Matthew Toussaint, and Nicole Toussaint, by their attorney James R. Morgan, do hereby stipulate
3  that Defendant Charles Schwab & Co., Inc. shall have a 30-day extension of time to respond to the
4  Complaint, to and including August 10, 2007.
5      This is the first extension of time on the response to the Complaint and will not alter the
6  date of any event or deadline fixed by Court order.

7

8  Dated: July 11, 2007

LAW OFFICE OF JAMES R. MORGAN
James R. Morgan
1511 Treat Boulevard, Suite 600
Walnut Creek, CA 94598-1097

By: /s/ James R. Morgan

Attorney for Plaintiffs
DANIEL TOUSSAINT, MATTHEW
TOUSSAINT, and NICOLE TOUSSAINT

15  Dated: July 11, 2007

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Kim Zeldin
199 Fremont Street, 20th Floor
San Francisco, CA 94105

By: /s/ Kim Zeldin

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

---

1
STIPULATION EXTENDING TIME TO ANSWER

Case No. C 07-03467 JL

00300l2/001/32395v01