# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On July 11, 2007, I served the within document(s) described as:

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

on the interested parties in this action as stated below:

James R. Morgan, Esq.
Law Office of James R. Morgan
1511 Treat Boulevard, Suite 600
Walnut Creek, CA 94598

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 11, 2007, at San Francisco, California.

_____Annie Hsia_____  _____(Signature)_____
(Type or print name)

---

1
PROOF OF SERVICE

Case No. C 07-03467 JL