UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Toussaint, Matthew Toussaint, & Nicole Toussaint<br><br>Plaintiff(s),<br><br>v.<br><br>Metropolitan Life Insurance Co., Life Insurance Company of North America, & Charles Schwab & Co<br>Defendant(s). | No. C 07 3467 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 12, 2007

Signature _Sean P Nalty_

Counsel for Life Ins. Co. of North America
(Plaintiff, Defendant, or indicate "pro se")