1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL TOUSSAINT, MATTHEW         | CASE NO. C07-03467 MJJ
   | TOUSSAINT, aka MATTHEW T.         |
12 | TOUSSAINT, and NICOLE TOUSSAINT,  | STIPULATION FOR EXTENSION OF TIME
   | aka NICHOLE T. TOUSSAINT,         | FOR DEFENDANT'S RESPONSE TO
13 |                                   | PLAINTIFFS' COMPLAINT
   |        Plaintiff,                 |
14 |                                   |
   |   v.                              |
15 |                                   |
   | METROPOLITAN LIFE INSURANCE       |
16 | COMPANY, LIFE INSURANCE           |
   | COMPANY OF NORTH AMERICA          |
17 | AND CHARLES SCHWAB & CO., INC.    |
   | AND DOES 1-25, INCLUSIVE,         |
18 |                                   |
   |        Defendant.                 |
19 | AND RELATED CROSS-ACTIONS         |

20

21     Pursuant to Northern District Local Rule 6-1(a), Plaintiffs and Defendant Metropolitan

22 Life Insurance Company, by and through their attorneys, hereby stipulate and agree to an

23 extension of time for Defendant to respond to Plaintiff's complaint, and that Defendant's

24 responsive pleading will be due by September 19, 2007.

25 ///

26 ///

27 ///

28 ///

1   There have been no prior extensions of time.

2   IT IS SO AGREED AND STIPULATED.

3   DATED: August 20, 2007          LAW OFFICES OF JAMES R. MORGAN

6                                   By: /s/ James R. Morgan (as authorized 8/20/07)
                                        James R. Morgan
7                                       Attorneys for Plaintiffs

8   DATED: August 20, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                                  By:  /s/ Rebecca A. Hull
                                         Rebecca A. Hull
12                                       Attorneys for Defendant
                                         METROPOLITAN LIFE INSURANCE
13                                       COMPANY