1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND CHARLES SCHWAB & CO., INC. AND DOES 1-25, INCLUSIVE, <br><br> Defendant. <br> AND RELATED CROSS-ACTIONS | CASE NO. C07-03467 MJJ <br><br> STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |
|---|---|

Pursuant to Northern District Local Rule 6-1(a), Plaintiffs and Defendant Metropolitan Life Insurance Company, by and through their attorneys, hereby stipulate and agree to an extension of time for Defendant to respond to Plaintiff's complaint, and that Defendant's responsive pleading will be due by September 19, 2007.

///

///

///

///

1   There have been no prior extensions of time.

2   IT IS SO AGREED AND STIPULATED.

3   DATED: August 20, 2007           LAW OFFICES OF JAMES R. MORGAN

6   By: /s/ James R. Morgan (as authorized 8/20/07)
        James R. Morgan
        Attorneys for Plaintiffs

8   DATED: August 20, 2007           SEDGWICK, DETERT, MORAN & ARNOLD LLP

11  By: /s/ Rebecca A. Hull
        Rebecca A. Hull
        Attorneys for Defendant
        METROPOLITAN LIFE INSURANCE
        COMPANY



IT IS SO ORDERED
Judge Martin J. Jenkins
08/27/07