SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND CHARLES SCHWAB & CO., INC. AND DOES 1-25, INCLUSIVE,<br><br>Defendant.<br>AND RELATED CROSS-ACTIONS | CASE NO. C07-03467 MJJ<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |

Pursuant to Northern District Local Rule 6-1(a), Plaintiffs and Defendant Metropolitan Life Insurance Company, by and through their attorneys, hereby stipulate and agree to an extension of time for Defendant to respond to Plaintiff's complaint, and that Defendant's responsive pleading will be due by September 19, 2007.

///

///

///

///

SF/1437195v1

-1-   CASE NO. C07-03467 MJJ
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  There have been no prior extensions of time.

2  IT IS SO AGREED AND STIPULATED.

3  DATED: August 20, 2007    LAW OFFICES OF JAMES R. MORGAN

6  By: /s/ James R. Morgan (as authorized 8/20/07)
    James R. Morgan
    Attorneys for Plaintiffs

8  DATED: August 20, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

11 By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE
    COMPANY



IT IS SO ORDERED
Judge Martin J. Jenkins
08/27/07