1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI A. COHORN  Bar No.  249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  METROPOLITAN LIFE INSURANCE COMPANY

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, | CASE NO. C07-03467 MJJ |
|---|---|---|
| 14 | Plaintiff, | DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| 15 | v. | |
| 16 | METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND CHARLES SCHWAB & CO., INC. AND DOES 1-25, INCLUSIVE, | |
| 19 | Defendant. | |

AND RELATED CROSS-ACTIONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

1.    Metropolitan Life Insurance Company

DATED: September 19, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Cari A. Cohorn
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY