1  Kim Zeldin, Esq. (SBN: 135780)
       kzeldin@linerlaw.com
2  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
6
   Attorneys for Defendant
7  CHARLES SCHWAB & CO., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT,<br><br>        Plaintiffs,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C 07-03467 MJJ |
| CHARLES SCHWAB & CO., INC.,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>REBECCA GONZALES,<br><br>        Third-Party Defendant. | |

**CHARLES SCHWAB & CO., INC.'S CERTIFICATE OF INTERESTED ENTITIES**

---

Case No. C 07-03467 MJJ
CHARLES SCHWAB & CO., INC.'S CERTIFICATE OF INTERESTED ENTITIES

0093005/008/ 33867v03

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6      1.    <u>Schwab Holdings, Inc.</u>─Defendant Charles Schwab & Co., Inc is a 100% owned
7  subsidiary of Schwab Holdings, Inc.

8      2.    <u>The Charles Schwab Corp.</u>─Defendant Charles Schwab & Co., Inc is a 100% owned
9  subsidiary of Schwab Holdings, Inc., which is a 100% owned subsidiary of The Charles Schwab
10 Corp.

12 Dated: September 24, 2007          LINER YANKELEVITZ
                                                                    SUNSHINE & REGENSTREIF LLP

14                                                                     By: _____/s/_____
                                                                             Kim Zeldin

                                                                    Attorneys for Defendant
16                                                                   CHARLES SCHWAB & CO., INC.