UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Toussaint, et al.

          Plaintiff(s),

v.

Metropolitan Life Insurance Company, et at.

          Defendant(s).
_____/

Case No. 3:07-cv-03467 MJJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: Oct. 2, 2007


Dated: Oct. 2, 2007

/s/
[Party] Naomi W. Biggs
Life Insurance Company of
North America

Sean P Nalty
[Counsel] Sean P. Nalty, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker