1  Sean P. Nalty, Esq. (State Bar No. 121253)
   WILSON, ELSER, MOSKOWITZ,
2  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF AMERICA
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL TOUSSAINT, MATTHEW              ) Case No. C07-03467 JL
   | TOUSSAINT, aka MATTHEW T.              )
12 | TOUSSAINT, and NICOLE TOUSSAINT, aka   ) **LIFE INSURANCE COMPANY OF**
   | NICHOLE T. TOUSSAINT,                  ) **NORTH AMERICA'S CERTIFICATE**
13 |                                         ) **OF INTERESTED PARTIES**
   |         Plaintiffs,                    )
14 |                                         ) Complaint filed:    May 18, 2007
   |     v.                                 )
15 |                                         )
   | METROPOLITAN LIFE INSURANCE            )
16 | COMPANY, LIFE INSURANCE COMPANY        )
   | OF NORTH AMERICA, and CHARLES          )
17 | SCHWAB & CO., INC., and DOES 1-25,     )
   | inclusive,                             )
18 |                                         )
   |         Defendants.                    )
19 |_____)

20

21

22

23

24

25

26

27

28

---

DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S CERTIFICATE OF INTERESTED
PARTIES    Page 1

304757.1                                                        Case No. C07-03467 JL

1      The undersigned counsel of record for defendant LIFE INSURANCE COMPANY OF
2  NORTH AMERICA certifies that the entities described below have a direct, pecuniary interest in
3  the outcome of this matter: Connecticut General Corporation is a parent company of LIFE
4  INSURANCE COMPANY OF NORTH AMERICA. Connecticut General Corporation is a wholly
5  owned subsidiary of CIGNA Holding Inc. CIGNA Holding Inc. is a wholly owned subsidiary of
6  CIGNA Corporation.

Dated: October 2, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

304757.1                                                                 Case No. C07-03467 JL