UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: October 16, 2007

**Case No:** C 07-03467 MJJ

**Case Title**: DANIEL TOUSSAINT, et al. v. METROPOLITAN LIFE INSURANCE CO., et al.

**Appearances:**

    For Plaintiff(s): James Morgan

    For Defendant(s): Sean Nalty, Kim Zeldin, Rebecca Hull, Cari Cohorn

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 (X) Continued to: **Tuesday, 02/12/08 @ 2:00 PM for Status**

## *SUMMARY*

- Case is referred to mediation to be held within 90 days.
- Case is referred to Mag. Judge Chen for settlement to be held by July 2008.
- Motion to Dismiss to be heard by 01/15/08 at 9:30 AM.
- **Court trial set for 09/29/08 at 8:30 AM** for one week; **PTC set for 09/09/08 at 3:30 PM.**


cc: ADR; LD; WH