# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Toussaint,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Metropolitan Life Insurance Company,<br><br>            Defendant(s). | 07-03467 MJJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Katherine Ritchey**
Jones Day
555 California St., 26th Fl.
San Francisco, CA 94104
415-626-3939

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03467 MJJ MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: November 14, 2007

>   RICHARD W. WIEKING
>   Clerk
>   by:    Alice M. Fiel
>
>   *(signature)*
>
>   ———————————————
>   ADR Case Administrator
>   415-522-3148
>   Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03467 MJJ MED                          - 2 -