```
                                            FILED
                                         DEC 18 2007
                                       RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Toussaint,<br><br>           Plaintiff(s),<br><br>    v.<br><br>Metropolitan Life Insurance Company,<br><br>           Defendant(s). | No. C 07-03467 MJJ MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 12/3, 12/4 + 12/6/2007   *by telephone to meet court deadlines*

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

   Dated: 12/10/07            _____
                              Mediator, Katherine Ritchey
                              Jones Day
                              555 California St., 26th Fl.
                              San Francisco, CA 94104

**Certification of ADR Session**
07-03467 MJJ MED