1  James R. Morgan (SBN: 77499)
   LAW OFFICES OF JAMES R. MORGAN
2  1511 Treat Boulevard, Suite 600
   Walnut Creek, CA 94598
3  Telephone: (925) 947-0200
   Facsimile: (925) 934-6092
4  E-mail: morgan4law@aol.com

5  Attorneys for Plaintiffs
   DANIEL TOUSSAINT, MATHEW TOUSSAINT
6  (erroneously pleaded as MATTHEW TOUSSAINT), aka
   MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT,
7  aka NICHOLE T. TOUSSAINT

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, | ) Case No. C 07-03467 MJJ
                                                                                                                  ) 
                                                                                                                  )
                                                                                                                  )
13              Plaintiffs,                                                                                       )
                                                                                                                  )
14     vs.                                                                                                        )
                                                                                                                  )
15                                                                                                                )
   METROPOLITAN LIFE INSURANCE                                                                                    )
16 COMPANY, LIFE INSURANCE COMPANY                                                                                )
   OF NORTH AMERICA, and CHARLES                                                                                  )
17 SCHWAB & CO., INC., and DOES 1-25,                                                                             )
   inclusive,                                                                                                     )
18                                                                                                                )
                Defendants.                                                                                       )
19 ─────────────────────────────                                                                                  )
                                                                                                                  )
20 AND RELATED ACTIONS                                                                                            )
   ─────────────────────────────                                                                                  )

21

22

23

24                            **STIPULATION OF DISMISSAL**

25

26

27

28

                                                                             Case No.  C 07-03467 MJJ
                              STIPULATION OF DISMISSAL
0093005/008/ 36089v01

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  All parties to bear their own fees and costs of suit.

Dated:  February 15, 2008

LAW OFFICES OF JAMES R. MORGAN

By: _____/s/James Morgan_____
      James R. Morgan

Attorneys for Plaintiffs
DANIEL TOUSSAINT, MATHEW TOUSSAINT (erroneously pleaded as MATTHEW TOUSSAINT), aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT

Dated:  February 15, 2008

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____/s/Kim Zeldin_____
      Kim Zeldin

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

Dated:  February 15, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

By: _____/s/Sean Nalty_____
      Sean P. Nalty

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated:  February 15, 2008

SEDGWICK DETERT, MORAN & ARNOLD LLP

By: _____/s/Rebecca Hull_____
      Rebecca A. Hull

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY