02/15/2008  14:48  FAX  415  7812635                                          ☑002/002

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to FRCP 41(a)(1).  All parties to bear their own fees and costs of suit.

4

5  Dated:  February 15, 2008                    LAW OFFICES OF JAMES R. MORGAN

6

7                                              By: _James R. Morgan_

8                                              James R. Morgan

9                                              Attorneys for Plaintiffs
                                               DANIEL TOUSSAINT, MATHEW TOUSSAINT
                                               (erroneously pleaded as MATTHEW TOUSSAINT),
10                                             aka MATTHEW T. TOUSSAINT, and NICOLE
                                               TOUSSAINT, aka NICHOLE T. TOUSSAINT
11

12  Dated:  February 15, 2008                   LINER YANKELEVITZ
                                               SUNSHINE & REGENSTREIF LLP
13

14                                             By: _____
                                               Kim Zeldin
15

16                                             Attorneys for Defendant
                                               CHARLES SCHWAB & CO., INC.
17

18  Dated:  February 15, 2008                   WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                               DICKER
19

20                                             By: _____
                                               Sean P. Nalty
21

22                                             Attorneys for Defendant
                                               LIFE INSURANCE COMPANY OF NORTH
                                               AMERICA
23

24  Dated:  February 15, 2008                   SEDGWICK DETERT, MORAN & ARNOLD LLP

25                                             By: _____
                                               Rebecca A. Hull
26

27                                             Attorneys for Defendant
                                               METROPOLITAN LIFE INSURANCE
28                                             COMPANY

                                            1
                               STIPULATION OF DISMISSAL                    Case No.  C 07-03467 MJJ

00093005/008/ 36089v01

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3    pursuant to FRCP 41(a)(1).  All parties to bear their own fees and costs of suit.

4

5    Dated:  February 15, 2008                    LAW OFFICES OF JAMES R. MORGAN

6

7                                                By: _____
                                                     James R. Morgan
8
                                             Attorneys for Plaintiffs
9                                            DANIEL TOUSSAINT, MATHEW TOUSSAINT
                                             (erroneously pleaded as MATTHEW TOUSSAINT),
10                                           aka  MATTHEW T. TOUSSAINT, and NICOLE
                                             TOUSSAINT, aka NICHOLE T. TOUSSAINT
11

12   Dated:  February 15, 2008                    LINER YANKELEVITZ
                                                  SUNSHINE & REGENSTREIF LLP
13

14                                               By: _____
                                                     Kim Zeldin
15
                                             Attorneys for Defendant
16                                           CHARLES SCHWAB & CO., INC.

17   Dated:  February 15, 2008                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                  DICKER
18

19                                               By: Sean P Nalty
                                                     Sean P. Nalty
20

21                                           Attorneys for Defendant
                                             LIFE INSURANCE COMPANY OF NORTH
22                                           AMERICA

23
     Dated:  February 15, 2008                    SEDGWICK DETERT, MORAN & ARNOLD LLP
24

25                                               By: _____
                                                     Rebecca A. Hull
26
                                             Attorneys for Defendant
27                                           METROPOLITAN LIFE INSURANCE
                                             COMPANY
28

                                          1
                            STIPULATION OF DISMISSAL                       Case No.  C 07-03467 MJJ

0093005/008/ 36089v01