James R. Morgan (SBN: 77499)
LAW OFFICES OF JAMES R. MORGAN
1511 Treat Boulevard, Suite 600
Walnut Creek, CA 94598
Telephone: (925) 947-0200
Facsimile: (925) 934-6092
E-mail: morgan4law@aol.com

Attorneys for Plaintiffs
DANIEL TOUSSAINT, MATHEW TOUSSAINT
(erroneously pleaded as MATTHEW TOUSSAINT), aka
MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT,
aka NICHOLE T. TOUSSAINT

FILED

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive, <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No. C 07-03467 MJJ |

## STIPULATION OF DISMISSAL

Case No. C 07-03467 MJJ

STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to FRCP 41(a)(1).

4

5  Dated: February 14, 2008                    LAW OFFICES OF JAMES R. MORGAN

6

7                                              By:
                                                   James R. Morgan
8
                                               Attorneys for Plaintiffs
9                                              DANIEL TOUSSAINT, MATHEW TOUSSAINT
                                               (erroneously pleaded as MATTHEW TOUSSAINT),
10                                             aka MATTHEW T. TOUSSAINT, and NICOLE
                                               TOUSSAINT, aka NICHOLE T. TOUSSAINT
11

12  Dated: February 14, 2008                   LINER YANKELEVITZ
                                               SUNSHINE & REGENSTREIF LLP
13

14                                             By:
                                                   Kim Zeldin
15
                                               Attorneys for Defendant
16                                             CHARLES SCHWAB & CO., INC.

17

18  Dated: February 14, 2008                   WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                               DICKER
19

20                                             By:
                                                   Sean P. Nalty
21
                                               Attorneys for Defendant
22                                             LIFE INSURANCE COMPANY OF NORTH
                                               AMERICA
23
24  Dated: February 14, 2008                   SEDGWICK DETERT, MORAN & ARNOLD LLP

25                                             By:
                                                   Rebecca A. Hull
26
                                               Attorneys for Defendant
27                                             METROPOLITAN LIFE INSURANCE
                                               COMPANY
28

                                         1                    Case No.  C 07-03467 MJJ
                                 STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to FRCP 41(a)(1). All parties to bear their own fees and costs of suit.

4

5  Dated: February 15, 2008        LAW OFFICES OF JAMES R. MORGAN

6

7                                 By: _____
                                        James R. Morgan
8
                                   Attorneys for Plaintiffs
9                                  DANIEL TOUSSAINT, MATHEW TOUSSAINT
                                   (erroneously pleaded as MATTHEW TOUSSAINT),
10                                 aka MATTHEW T. TOUSSAINT, and NICOLE
                                   TOUSSAINT, aka NICHOLE T. TOUSSAINT
11

12  Dated: February 15, 2008       LINER YANKELEVITZ
                                   SUNSHINE & REGENSTREIF LLP
13

14                                 By: _____
                                        Kim Zeldin
15
                                   Attorneys for Defendant
16                                 CHARLES SCHWAB & CO., INC.

17
    Dated: February 15, 2008       WILSON, ELSER, MOSKOWITZ, EDELMAN &
18                                 DICKER

19
                                   By: _____
20                                      Sean P. Nalty

21                                 Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF NORTH
22                                 AMERICA

23
    Dated: February 15, 2008       SEDGWICK DETERT, MORAN & ARNOLD LLP
24
          IT IS SO ORDERED         By: _____
25                                      Rebecca A. Hull
26
                                   Attorneys for Defendant
27  MARTIN J. JENKINS              METROPOLITAN LIFE INSURANCE
    UNITED STATES DISTRICT JUDGE   COMPANY
28
    2/23/2008
    DATE                                    1                    Case No. C 07-03467 MJJ
                                   STIPULATION OF DISMISSAL

0093005/008/ 36089v01