1  James R. Morgan (SBN: 77499)
   LAW OFFICES OF JAMES R. MORGAN
2  1511 Treat Boulevard, Suite 600
   Walnut Creek, CA 94598
3  Telephone: (925) 947-0200
   Facsimile: (925) 934-6092
4  E-mail: morgan4law@aol.com

5  Attorneys for Plaintiffs
   DANIEL TOUSSAINT, MATHEW TOUSSAINT
6  (erroneously pleaded as MATTHEW TOUSSAINT), aka
   MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT,
7  aka NICHOLE T. TOUSSAINT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TOUSSAINT, MATTHEW TOUSSAINT, aka MATTHEW T. TOUSSAINT, and NICOLE TOUSSAINT, aka NICHOLE T. TOUSSAINT, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CHARLES SCHWAB & CO., INC., and DOES 1-25, inclusive, <br><br> Defendants. | Case No. C 07-03467 MJJ |
| AND RELATED ACTIONS | |

**STIPULATION OF DISMISSAL**

---
STIPULATION OF DISMISSAL

Case No. C 07-03467 MJJ

0093005/008/36089v01

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to FRCP 41(a)(1).

4
5   Dated: February 14, 2008        LAW OFFICES OF JAMES R. MORGAN

    By: _____
        James R. Morgan

    Attorneys for Plaintiffs
    DANIEL TOUSSAINT, MATHEW TOUSSAINT
    (erroneously pleaded as MATTHEW TOUSSAINT),
    aka MATTHEW T. TOUSSAINT, and NICOLE
    TOUSSAINT, aka NICHOLE T. TOUSSAINT

12  Dated: February 14, 2008        LINER YANKELEVITZ
                                    SUNSHINE & REGENSTREIF LLP

    By: _____
        Kim Zeldin

    Attorneys for Defendant
    CHARLES SCHWAB & CO., INC.

17  Dated: February 14, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER

    By: _____
        Sean P. Nalty

    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF NORTH
    AMERICA

23  Dated: February 14, 2008        SEDGWICK DETERT, MORAN & ARNOLD LLP

    By: _____
        Rebecca A. Hull

    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE
    COMPANY

---
1
STIPULATION OF DISMISSAL                Case No. C 07-03467 MJJ

0093005/008/ 36089v01

1     IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to FRCP 41(a)(1). All parties to bear their own fees and costs of suit.

5 Dated: February 15, 2008      LAW OFFICES OF JAMES R. MORGAN

7      By: _____
                  James R. Morgan

Attorneys for Plaintiffs
DANIEL TOUSSAINT, MATHEW TOUSSAINT
(erroneously pleaded as MATTHEW TOUSSAINT),
aka MATTHEW T. TOUSSAINT, and NICOLE
TOUSSAINT, aka NICHOLE T. TOUSSAINT

12 Dated: February 15, 2008      LINER YANKELEVITZ
                                          SUNSHINE & REGENSTREIF LLP

14      By: _____
                  Kim Zeldin

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

17 Dated: February 15, 2008      WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER

20      By: _____
                  Sean P. Nalty

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

Dated: February 15, 2008      SEDGWICK DETERT, MORAN & ARNOLD LLP

**IT IS SO ORDERED**      By: _____
                                        Rebecca A. Hull

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
2/23/2008
**DATE**

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

1      Case No. C 07-03467 MJJ
STIPULATION OF DISMISSAL

0093005/008/ 36089v01